UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYED NAWAZ HAIDER RIZVI )
215 Ascot Place, N.E. )
Washington D.C. 20002 )
CIS File No. A077 739 372 )
 ) PETITION FOR HEARING
 ) ON NATURALIZATION
Petitioner, ) APPLICATION
 )
v. ) Civ. No.
 )
 )
EMILlO T. GONZALEZ, Director, )
in his official capacity, as well as his )
successors and assigns, )
U.S. Citizenship and Immigration Services )
20 Massachusetts Avenue, N.W. )
Washington, DC 20529 )
 )
PHYLLIS HOWARD, District Director, )
in her official capacity, as well as her )
successors and assigns, )
Washington Field Office )
US Citizenship & Immigration Service )
2675 Prosperity Avenue )
Fairfax, VA 22031 )
 )
MICHAEL CHERTOFF, Secretary, )
in his official capacity, as well as his )
successors and assigns, )
U.S. Department of Homeland Security )
425 Murray Drive, Building 410 )
Washington, DC 20528 )
 )
ROBERT S. MUELLER, Director, )
in his official capacity, as well as his )
successors and assigns, )
Federal Bureau of Investigation )
J. Edgar Hoover Building )
935 Pennsylvania Avenue, N.W. )
Washington, DC 20535 )
 )
Respondents )
 )

## PRELIMINARY STATEMENT

1. This action is brought against the respondents pursuant to 8 U.S.C. §1447(b) with a request for judicial relief in the form of an adjudication of the petitioner's Application for Naturalization (Form N-400) in this Court.

2. The petitioner properly filed his application with the respondents on February 24, 2006, and he attended an examination of his application on August 24, 2006. As more than 120 days have passed since the petitioner's examination, the petitioner seeks review of his application by this Court. The petitioner is prima facie eligible for naturalization, as explained below, and this Court should grant his application for naturalization.

## JURISDICTION

3. This is a civil action brought pursuant to 8 U.S.C. §1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). *See also* 8 C.F.R. § 310.5(a) (2006). Jurisdiction is further conferred by 8 U.S.C. § 1329 (jurisdiction of the district courts) and 28 U.S.C. § 1331 (federal question jurisdiction) and §1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the petitioner, by which statutes jurisdiction is conferred. Jurisdiction is also conferred pursuant to 5 U.S.C. § 704 (the Administrative Procedure Act).

4. This petition is timely because more than 120 days have passed since the Washington District Office of U.S. Citizenship and Immigration Services ("USCIS") conducted an examination of the petitioner on his naturalization application on August 24, 2006. *See* 8 U.S.C. § 1447(b); 8 C.F.R. § 310.5(a).

**VENUE**

5. Venue lies in the Eastern District of Virginia, the judicial district where the petitioner resides, pursuant to 8 U.S.C. § 1447(b) (". . . the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. § 310.5(a).

**PARTIES**

6. The petitioner, Mr. Rizvi, a national of Pakistan, has been a lawful permanent resident of the United States since May 15, 2001, and resides in Washington, D.C. His alien registration number is A077 739 372.

7. The respondents, PHYLLIS HOWARD, District Director, USCIS Washington Field Office; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S. MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party respondents pursuant to 8 U.S.C. § 1421(a). The Washington Field Office of USCIS conducted the examination of the petitioner on his application for naturalization. USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. § 1421(a). *See also* 8 C.F.R. § 310.1. The respondent officials of USCIS referred to herein also include its predecessor organization, which was known as the U.S. Immigration and Naturalization

Service.[1]  The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

## FACTS

8. The petitioner, Mr. Rizvi, was born in Pakistan on November 23, 1959, and became a lawful permanent resident of the United States on May 15, 2001.  *See* Exh. 1.  He is married to a lawful permanent resident and has three U.S. citizen children.

9. Mr. Rizvi applied for naturalization on February 24, 2006.  *See* Exh. 2.  Mr. Rizvi was scheduled to have his fingerprints taken at the USCIS Application Center in Alexandria, VA on March 28, 2006 and he complied with that requirement.  *See* Exh. 3.  Mr. Rizvi was asked to retake his fingerprints at the same USCIS Application Center and he complied with that requirement on May 31, 2006.  *See* Exh. 4.  By notice dated June 27, 2006, Mr. Rizvi was advised that he was scheduled for an examination on his naturalization application on August 24, 2006.  *See* Exh. 5.  Mr. Rizvi attended an examination on his naturalization application at the USCIS Washington Field Office in Fairfax, Virginia on August 24, 2006, where he was interviewed by Officer Sam.  *See* Exh.6.  At the end of the examination, Officer Sam informed Mr. Rizvi that he had passed the tests of English and U.S. history and government tests but that the application could not be approved because the "background results [were] pending." *See* Exh. 6.

10. On January 4, 2007, Mr. Rizvi attended an INFOPASS appointment at USCIS Washington District Office, and was informed that his case was still pending security checks.

11. On February 27, 2007, Mr. Rizvi made a telephone inquiry with CIS, and was told his case remained pending security checks.

---

[1] On March 1, 2003, the functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security pursuant to Title IV of the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2177. *See Matter of D-J-*, 23 I&N Dec. 572, 573 n.1 (A.G. 2003).

12. On March 29, 2007, Mr. Rizvi made a telephone inquiry with CIS, and was told his case remained pending security checks.

13. Mr. Rizvi is a Senior Chemical Engineer, specialized in the field of Environmental Engineering for Native American Tribes.   Mr. Rizvi has over 15 years of experience, including 10 years as a Project Manager and Quality Assurance Officer on Superfund (CERCLA) site assessments and remedial action projects.   Mr. Rizvi's current and past work for the Tribal Association for Solid Waste & Emergency Response,  for the Pueblo Office of Environmental Protection and the Mission Research Corporation, has been mostly funded by the U.S. Environmental Protection Agency (US EPA).   However, the US EPA would like to recruit and employ Mr. Rizvi directly, an impossibility as long as he is not naturalized.  It is therefore to the utmost importance that Mr. Rizvi be naturalized promptly, so that he can continue his highly specialized environmental work for the benefit of the US EPA and our country.

14.    The respondent USCIS has not issued a final decision on Mr. Rizvi's naturalization application.  As more than 120 days have elapsed since Mr. Rizvi's examination on August 24, 2006, the petitioner requests that this Court adjudicate his application for naturalization.

**CLAIMS**

15. The petitioner has a clear right to be granted United States citizenship and this Court has clear jurisdiction to adjudicate his application for naturalization now that the respondents have failed to do so within the time period specified in 8 U.S.C. §1447(b).  *See also* 8 C.F.R. § 310.5(a).  The petitioner has no other relief available.  *See generally Iddir v. INS*, 301 F.3d 492, 500 (7th Cir. 2002).

16. The petitioner has a clear right to be granted United States citizenship for the following

reasons:

   a.  The petitioner has demonstrated an understanding of the English language, including
       an ability to read, write, and speak words in ordinary usage in the English language,
       as required under 8 U.S.C. § 1423(a)(1).

   b.  The petitioner has demonstrated a knowledge and understanding of the fundamentals
       of the history, and of the principles and form of government, of the United States, as
       required under 8 U.S.C. § 1423(a)(2).

   c.  The petitioner is not opposed to the United States Government or law and does not
       favor, nor has he ever favored, any totalitarian form of government.  Therefore, he is
       not barred from naturalization under 8 U.S.C. § 1424.

   d.  The petitioner meets the requirements as to residence as provided under 8 U.S.C. §
       1427(a).  Immediately prior to the filing of his application for naturalization on
       February 24, 2006, the petitioner had resided continuously within the United States
       for at least five years, and during the five years immediately preceding the date of
       filing his application for naturalization, had been physically present therein for
       periods totaling at least half of that time.  Furthermore, the petitioner has resided in
       the Commonwealth of Virginia for more than three months before filing his
       application for citizenship; thus, his application for naturalization was properly filed
       pursuant to 8 U.S.C. § 1427(a)(1) with the Washington District Office of USCIS in
       Fairfax, Virginia.  Finally, the petitioner has continuously resided within the United
       States from the date of his application for naturalization on February 24, 2006 to the
       present.

e. During all the periods referred to at 8 U.S.C. § 1427(a), the petitioner has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

17. Congress has vested the Executive Branch with authority to confer citizenship.  8 U.S.C. §1421(a).  The statute authorizing the Executive Branch to decide citizenship is suffused throughout with mandatory language.  *See* 8 U.S.C. §§ 1422, 1423, 1427; *see also Iddir*, 301 F.3d at 499 (describing Congress' use of mandatory language and the word "shall" throughout the statute as conferring a duty upon the Attorney General to administer the diversity visa program).  The respondents owe the petitioner a duty to adjudicate the petitioner's application and have unreasonably failed to perform that duty.  The fact of a grant of jurisdiction to U.S. District Courts to review lack of adjudication under 8 U.S.C. § 1447(b) demonstrates that Congress intended to impose a mandatory duty on the Executive Branch.

18. The petitioner is entitled to judicial review of his pending naturalization application pursuant to 8 U.S.C. § 1447(b), because more than 120 days have passed since he was interviewed by the Washington Field Office of USCIS on August 24, 2006, and USCIS has, to date, failed to make a determination on his application.  *See also* 8 C.F.R. § 310.5(a).  The filing of this petition vests the Court with exclusive jurisdiction to determine the Petitioner's naturalization application, pursuant to 8 U.S.C. § 1447(b).

WHEREFORE, Petitioner prays that the Court:

1. Assume jurisdiction over the case and adjudicate the petitioner's application for naturalization.

2.  Grant such other and further relief as this Court deems proper under the circumstances; and

3.  Grant attorney's fees and costs of Court to the petitioner under the Equal Access to Justice Act.

Respectfully submitted this 2nd day of April, 2007.

*By counsel,*

_____
THOMAS A. ELLIOT
Bar No. 259713

ELLIOT & MAYOCK
1629 K Street NW Suite 1250
Washington D.C. 20006
(202) 429 1725
Fax (202) 452 0161
tom@elliotlaw.com

*Counsel for Petitioner*

<u>VERIFICATION</u>

I, Syed Nawaz Haider Rizvi, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Petition for Hearing on

Naturalization Application, upon information and belief.

Dated: April  2, 2007

Place:

_____
SYED NAWAZ HAIDER RIZVI

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

1 U.S. Government
Plaintiff

2 U.S. Government
Defendant

3 Federal Question
(U.S. Government Not a Party)

4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| A. *Antitrust* | B. *Personal Injury/ Malpractice* | C. *Administrative Agency Review* | D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| 410 Antitrust | 310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product Liability<br>360 Other Personal Injury<br>362 Medical Malpractice<br>365 Product Liability<br>368 Asbestos Product Liability | 151 Medicare Act<br><br>**Social Security:**<br>861 HIA ((1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g)<br>864 SSID Title XVI<br>865 RSI (405(g)<br>**Other Statutes**<br>891 Agricultural Acts<br>892 Economic Stabilization Act<br>893 Environmental Matters<br>894 Energy Allocation Act<br>890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## E. *General Civil (Other)*   OR   F. *Pro Se General Civil*

| **Real Property**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent, Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property<br><br>**Personal Property**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property Damage<br>385 Property Damage Product Liability | **Bankruptcy**<br>422 Appeal 28 USC 158<br>423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>535 Death Penalty<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br><br>**Property Rights**<br>820 Copyrights<br>830 Patent<br>840 Trademark<br><br>**Federal Tax Suits**<br>870 Taxes (US plaintiff or defendant<br>871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>610 Agriculture<br>620 Other Food &Drug<br>625 Drug Related Seizure of Property 21 USC 881<br>630 Liquor Laws<br>640 RR & Truck<br>650 Airline Regs<br>660 Occupational Safety/Health<br>690 Other<br><br>**Other Statutes**<br>400 State Reapportionment<br>430 Banks & Banking<br>450 Commerce/ICC Rates/etc.<br>460 Deportation | 470 Racketeer Influenced & Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Satellite TV<br>810 Selective Service<br>850 Securities/Commodities/ Exchange<br>875 Customer Challenge 12 USC 3410<br>900 Appeal of fee determination under equal access to Justice<br>950 Constitutionality of State Statutes<br>890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| **530 Habeas Corpus-General**<br>**510 Motion/Vacate Sentence** | **442 Civil Rights-Employment**<br>**(criteria: race, gender/sex,**<br>**national origin,**<br>**discrimination, disability**<br>**age, religion, retaliation)**<br><br>*(If pro se, select this deck)* | **895 Freedom of Information Act**<br>**890 Other Statutory Actions**<br>**(if Privacy Act)**<br><br>*(If pro se, select this deck)* | **152 Recovery of Defaulted**<br>**Student Loans**<br>**(excluding veterans)** |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| **710 Fair Labor Standards Act**<br>**720 Labor/Mgmt. Relations**<br>**730 Labor/Mgmt. Reporting &**<br>**Disclosure Act**<br>**740 Labor Railway Act**<br>**790 Other Labor Litigation**<br>**791 Empl. Ret. Inc. Security Act** | **441 Voting (if not Voting Rights**<br>**Act)**<br>**443 Housing/Accommodations**<br>**444 Welfare**<br>**440 Other Civil Rights**<br>**445 American w/Disabilities-**<br>**Employment**<br>**446 Americans w/Disabilities-**<br>**Other** | **110 Insurance**<br>**120 Marine**<br>**130 Miller Act**<br>**140 Negotiable Instrument**<br>**150 Recovery of Overpayment &**<br>**Enforcement of Judgment**<br>**153 Recovery of Overpayment of**<br>**Veteran's Benefits**<br>**160 Stockholder's Suits**<br>**190 Other Contracts**<br>**195 Contract Product Liability**<br>**196 Franchise** | **441 Civil Rights-Voting**<br>**(if Voting Rights Act)** |

## V. ORIGIN

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>**YES**        **NO** |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction)        **YES**        **NO** | | If yes, please complete related case form. |

**DATE**                    **SIGNATURE OF ATTORNEY OF RECORD**

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

PERMANENT RESIDENT CARD

NAME RIZVI, SYED

INS A# 077-739-372

Birthdate Category    Sex
11/23/59    F37    M

Country of Birth
Pakistan

CARD EXPIRES 08/10/11
Resident Since 05/15/01

C1USA0777393726SRC0014254775<<
5911239M1108109PAK<<<<<<7
RIZVI<<SYED<<<<<<<<<<<<<<<



THE UNITED STATES OF AMERICA

| Receipt | | | **NOTICE DATE**<br>March 04, 2006 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 077 739 372 |
| **APPLICATION NUMBER**<br>ESC*001575049 | **RECEIVED DATE**<br>February 24, 2006 | **PRIORITY DATE**<br>February 24, 2006 | **PAGE**<br>1 of 1 |

| **APPLICANT NAME AND MAILING ADDRESS** | |
|---|---|
| SYED NAWAZ HAIDER RIZVI<br>7457 RIDGE OAK CT<br>SPRINGFIELD VA  22153 | **PAYMENT INFORMATION:**<br><br>Single Application Fee:        $400.00<br>Total Amount Received:        $400.00<br>Total Balance Due:              $0.00 |

ͰͺͰͰͺͰͰͺͰͰͺͰͰͺ

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:            November 23, 1959
Address Where You Live:  7457 RIDGE OAK CT
                          SPRINGFIELD VA 22153

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within  90 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



ESC$001558085

Form I-797C (Rev. 01/31/05) N

OMB No. 1615-0052; Expires 11/30/2006

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# N-400 Application
# for Naturalization

Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application. Use black or blue ink.

| Part 1.  Your Name *(The person Applying for Naturalization)* |
|---|

**Write your USCIS "A"- number here:**
A

A.  Your current legal name.

Family Name *(Last Name)*

RIZVI

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| Syed | Nawaz Haider |

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|

B.  Your name **exactly**  as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

RIZVI

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| SYED | |

Remarks

C.  If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| None | | |
| | | |
| | | |

D.  Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1  Would you like to legally change your name?   [ ] Yes   [X] No

2. If "Yes," print the new name you would like to use. Do not use initials or
abbreviations when writing your new name.

Family Name *(Last Name)*

N/A

| Given Name *(First Name)* | Full Middle Name |
|---|---|
| | |

Action

| Part 2. Information About Your Eligibility  *(Check Only One)* |
|---|

I am at least 18 years old **AND**

A  [X]  I have been a Lawful Permanent Resident of the United States for at least 5 years.

B  [ ]  I have been a Lawful Permanent Resident of the United States for at least 3 years. **and**
I have been married to and living with the same U.S. citizen for the last 3 years. **and**
my spouse has been a U.S. citizen for the last three years.

C  [ ]  I am applying on the basis of qualifying military service.

D  [ ]  Other *(Please explain)* _____

## Part 3.  Information About You

Write your USCIS "A"- number here:
A 077739372

A. Social Security Number

B. Date of Birth *(Month Day Year)*

C. Date You Became a Permanent Resident *(mm/dd/yyyy)*

05152001

D. Country of Birth

Pakistan

E. Country of Nationality

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes    ☒ No

G. What is your current marital status?    ☐ Single, Never Married    ☒ Married    ☐ Divorced    ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes    ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions, for some examples of accommodations.)*    ☐ Yes    ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language:

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain:

## Part 4.  Addresses and Telephone Numbers

A. Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*    Apartment Number

7457 Ridge Oak Ct.

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| Springfield | Fairfax | VA | 22153 | USA |

B. Care of    Mailing Address - Street Number and Name *(If different from home address)*    Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
|      |       |          |         |

C. Daytime Phone Number *(if any)*    Evening Phone Number *(if any)*    E-mail Address *(if any)*

( 7 0 3 ) 6 4 4 - 3 8 4 3    ( 7 0 3 ) 4 7 4 - 9 9 0 0

## Part 5.  Information for Criminal Records Search

Write your USCIS "A"- number here:
A 077739372

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[  ] **X** Male     [  ] Female

B. Height

[ 5 ] Feet [ 8 ] Inches

C. Weight

[ 200 ] Pounds

D. Are you Hispanic or Latino?     [  ] Yes   [  ] **X** No

E. Race *(Select one or more.)*

[  ] White   [  ] **X** Asian   [  ] Black or African American   [  ] American Indian or Alaskan Native   [  ] Native Hawaiian or Other Pacific Islander

F. Hair color

[  ] **X** Black   [  ] Brown   [  ] Blonde   [  ] Gray   [  ] White   [  ] Red   [  ] Sandy   [  ] Bald (No Hair)

G. Eye color

[  ] Brown   [  ] Blue   [  ] Green   [  ] Hazel   [  ] Gray   [  ] **X** Black   [  ] Pink   [  ] Maroon   [  ] Other

## Part 6. Information About Your Residence and Employment

A. Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 062004 | Present |
| 7520 Candytuft ct., Springfield, VA 22153 | 082002 | 062004 |
| 8421 S. Sandoval St., NE Albuquerque, NM 87122 | 012000 | 082002 |
| | | |
| | | |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| TASWER | Washington, DC | 032003 | Date | Acting Director |
| All Indian Pueblo Council in Albuquerque | 3939 San Pedro, NE Albuquerque, New Mexico 87109 | 012000 | 082002 | Program Manager |
| | | | | |
| | | | | |
| | | | | |

| Part 7. Time Outside the United States |
|---|
| *Including Trips to Canada, Mexico, and the Caribbean Islands* |

Write your USCIS "A"- number here:
A 077739372

A. How many total days did you spend outside of the United States during the past five years? **74** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past five years? **2** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(mm dd yyyy)* | Date You Returned to the United States *(mm dd yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 05012005 | 05222005 | ☐ Yes ☒ No | Pakistan, Saudi Arabia | 21 |
| 11072005 | 12302005 | ☐ Yes ☒ No | Pakistan, UAE | 53 |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

| Part 8. Information About your Marital History |
|---|

A. How many times have you been married (including annulled marriages)? **1**  If you have **never** been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
KAZMI

Given Name *(First Name)*
Kausar

Full Middle Name *(If applicable)*

2. Date of Birth *(mm dd yyyy)*

3. Date of Marriage *(mm dd yyyy)*

4. Spouse's Social Security Number

5. Home Address - Street Number and Name
7457 Ridge Oak Ct.

Apartment Number

City
Springfield

State
VA

ZIP Code
22153

**Part 8. Information About Your Marital History** *(Continued)*

Write your USCIS "A"- number here:
A 077739372

C. Is your spouse a U.S. citizen?    ☐ Yes    ☒ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?    ☐ At Birth    ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information:

1. Spouse's Country of Citizenship

2. Spouse's USCIS "A"- Number *(If applicable)*

A

3. Spouse's Immigration Status

☒ Lawful Permanent Resident    ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*

N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(mm/dd/yyyy)*

4. Date Marriage Ended *(mm/dd/yyyy)*

5. How Marriage Ended

☐ Divorce    ☐ Spouse Died    ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?    **1**

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage. If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(mm/dd/yyyy)*

4. Date Marriage Ended *(mm/dd/yyyy)*

5. How Marriage Ended

☐ Divorce    ☐ Spouse Died    ☐ Other _____

| Part 9.  Information About Your Children | Write your USCIS "A"- number here: |
|---|---|
| | A 077739372 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.    | 3 |

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth *(mm/dd/yyyy)* | USCIS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State & Country)* |
|---|---|---|---|---|
| Irtiza H. Rizvi | | A 077739374 | Pakistan | 7457 Ridge Oak Ct., Springfield, VA 22153 |
| Batul Fatima Rizvi | | A None | USA | 7457 Ridge Oak Ct., Springfield, VA 22153 |
| Murtaza Haider Rizvi | | A None | USA | 7457 Ridge Oak Ct., Springfield, VA 22153 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

| Part 10.  Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

| | Yes | No |
|---|---|---|
| 1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*? | | X |
| 2. Have you **ever** registered to vote in any Federal, state, or local election in the United States? | | X |
| 3. Have you **ever** voted in any Federal, state, or local election in the United States? | | X |
| 4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal, state, or local tax return? | | X |
| 5. Do you owe any Federal, state, or local taxes that are overdue? | | X |
| 6. Do you have any title of nobility in any foreign country? | | X |
| 7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? | | X |

| Part 10.  Additional Questions (Continued) | Write your USCIS "A"- number here:<br>A 077739372 |

## B. Affiliations

8. a. Have you **ever** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?   ☐ Yes  ☒ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1  N/A | 6. |
| 2 | 7. |
| 3. | 8 |
| 4. | 9 |
| 5 | 10. |

9. Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?   ☐ Yes  ☒ No

b. Any other totalitarian party?   ☐ Yes  ☒ No

c. A terrorist organization?   ☐ Yes  ☒ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes  ☒ No

11. Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?   ☐ Yes  ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?   ☐ Yes  ☒ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes  ☒ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?   ☐ Yes  ☒ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **ever** called yourself a "nonresident" on a Federal, state, or local tax return?   ☐ Yes  ☒ No

14. Have you **ever** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes  ☒ No

| Part 10.  Additional Questions *(Continued)* | Write your USCIS "A"- number here:<br>A 077739372 |
|---|---|

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **ever** committed a crime or offense for which you were NOT arrested?    ☐ Yes   ☒ No

16. Have you **ever** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?    ☐ Yes   ☒ No

17. Have you **ever** been charged with committing any crime or offense?    ☐ Yes   ☒ No

18. Have you **ever** been convicted of a crime or offense?    ☐ Yes   ☒ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?    ☐ Yes   ☒ No

20. Have you **ever** received a suspended sentence, been placed on probation, or been paroled?    ☐ Yes   ☒ No

21. Have you **ever** been in jail or prison?    ☐ Yes   ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever**:

   a. Been a habitual drunkard?    ☐ Yes   ☒ No

   b. Been a prostitute, or procured anyone for prostitution?    ☐ Yes   ☒ No

   c. Sold or smuggled controlled substances, illegal drugs or narcotics?    ☐ Yes   ☒ No

   d. Been married to more than one person at the same time?    ☐ Yes   ☒ No

   e. Helped anyone enter or try to enter the United States illegally?    ☐ Yes   ☒ No

   f. Gambled illegally or received income from illegal gambling?    ☐ Yes   ☒ No

   g. Failed to support your dependents or to pay alimony?    ☐ Yes   ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?    ☐ Yes   ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States?    ☐ Yes   ☒ No

| **Part 10. Additional Questions** *(Continued)* | Write your USCIS "A"- number here:<br>A 077739372 |
|---|---|

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal. exclusion. rescission or deportation proceedings pending against you?    ☐ Yes  ☒ No

26. Have you **ever** been removed. excluded, or deported from the United States?    ☐ Yes  ☒ No

27. Have you **ever** been ordered to be removed, excluded, or deported from the United States?    ☐ Yes  ☒ No

28. Have you **ever** applied for any kind of relief from removal, exclusion, or deportation?    ☐ Yes  ☒ No

### F. Military Service

29. Have you **ever** served in the U.S. Armed Forces?    ☐ Yes  ☒ No

30. Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces?    ☐ Yes  ☒ No

31. Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces?    ☐ Yes  ☒ No

32. Have you **ever** deserted from the U.S. Armed Forces?    ☐ Yes  ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
in any status except as a lawful nonimmigrant?    ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization. so that you can complete the information below:

Date Registered (mm/dd/yyyy) [              ]    Selective Service Number [              ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older. attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the Text of the Oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions. attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?    ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?    ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?    ☒ Yes  ☐ No

37 If the law requires it. are you willing to bear arms on behalf of the United States?    ☒ Yes  ☐ No

3 8. If the law requires it. are you willing to perform noncombatant services in the U.S. Armed Forces?    ☒ Yes  ☐ No

39. If the law requires it. are you willing to perform work of national importance under civilian direction?    ☒ Yes  ☐ No

Att: Mr. Rizvi

Write your INS "A" number here.
A 077739372

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

| Your Signature | Date (Month/Day/Year) |
|---|---|
| Syed N Rizvi | 02/16/2006 |

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the exact questions contained on this form.

| Preparer's Printed Name | Preparer's Signature |
|---|---|
| Khalid Mahmood | |

| Date (Month/Day/Year) | Preparer's Firm or Organization Name (if applicable) | Preparer's Daytime Phone Number |
|---|---|---|
| 02/17/2006 | Law Office of Khalid Mahmood PC | ( ) |

| Preparer's Address - Street Number and Name | City | State | ZIP Code |
|---|---|---|---|
| P.O. Box 6302 | Falls Church | VA | 22040 |

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp                          Date (Month/Day/Year)

| Complete Signature of Applicant | Officer's Signature |
|---|---|
| | |

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;
that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
|---|---|
| | |

Form N-400 (Rev. 07/23/02)N Page 10

Department of Homeland Security  Case 1:07-cv-00641-HHK    Document 1-5    Filed 04/04/2007    Page 1 of 1
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | | | |
|---|---|---|---|---|
| Fingerprint Notification | | | | **NOTICE DATE**<br>March 09, 2006 |
| **CASE TYPE**<br>N400      Application For Naturalization | | | | **INS A#**<br>A 077 739 372 |
| **APPLICATION NUMBER**<br>ESC*001575049 | **RECEIVED DATE**<br>February 24, 2006 | | **PRIORITY DATE**<br>February 24, 2006 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

SYED NAWAZ HAIDER RIZVI
7457 RIDGE OAK CT
SPRINGFIELD VA  22153

BIOMETRICS PROCESS AND STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY
ON
TENPRINTS QA REVIEW BY
2711

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS ALEXANDRIA<br>8850 RICHMOND HIGHWAY<br>SUITE D<br>ALEXANDRIA VA 22309 | 03/28/2006<br>10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon      ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS ALEXANDRIA
8850 RICHMOND HIGHWAY
SUITE D
ALEXANDRIA VA 22309

If you have any questions regarding this notice, please call 1-800-375-5283.          APPLICANT COPY

**APPLICATION NUMBER**
ESC*001575049

## WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N



## FINGERPRINT NOTIFICATION
## RESCHEDULE NOTICE



**N400**
Date: 04/22/2006
RIZVI, SYED NAWAZ HAIDER
7457 RIDGE OAK CT
SPRINGFIELD, VA 22153

A Number: A077739372
DOB:   11/23/1959

Dear Applicant:

It has been determined that you must have your fingerprints retaken. You should appear at the date and time listed below to have your fingerprints retaken. We apologize for any inconvenience this may cause you.

<u>**APPLICATION SUPPORT CENTER**</u>
U.S. CITIZENSHIP & IMMIGRATION SERVICES
8850 RICHMOND HWY SUITE 100
ALEXANDRIA, VA 22309

<u>**DATE AND TIME OF APPOINTMENT**</u>
05/17/2006  12:00 PM

If you cannot appear as scheduled above, you may go on any Wednesday after your scheduled time, as long as you have your fingerprints taken by 08/09/2006. If you do not have them taken within that period, your application or petition may be considered abandoned and denied. Please do not appear before your scheduled date and time.

**WHEN YOU GO TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1) THIS LETTER** and
**2) PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

Please be reminded that you must bring this letter and proper photo identification to have your fingerprints taken, and prevent further delay in the processing of your application.

Please inform the office listed below immediately of any address changes.
If you have any questions regarding this notice, please feel free to call the Citizenship & Immigration Services CUSTOMER SERVICE NUMBER at **1-800-375-5283**

**PLEASE DO NOT APPEAR MORE THAN 15 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT TIME.**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

## FINAL NOTICE !!!

U.S CITIZENSHIP & IMMIGRATION SERVICES
8850 RICHMOND HWY SUITE 100
ALEXANDRIA, VA 22309

THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE June 27, 2006 |
|---|---|---|---|
| CASE TYPE N400     Application For Naturalization | | | INS A# A 077 739 372 |
| APPLICATION NUMBER ESC*001575049 | RECEIVED DATE February 24, 2006 | PRIORITY DATE February 24, 2006 | PAGE 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | |
|---|---|
| SYED NAWAZ HAIDER RIZVI<br>c/o KHALID MAHMOOD<br>LAW OFFICE OF KHALID MAHMOOD PC<br>PO BOX 6302<br>FALLS CHURCH VA 22040<br><br>ıılıdıllhıılıdlhıı | **Please come to:**<br>U.S.C.I.S.<br>2675 PROSPERITY AVENUE<br>2ND FLOOR<br>ROOM 200<br>FAIRFAX VA 22031<br>**On (Date):**  Thursday, August 24, 2006<br>**At (Time):**  02:00 PM |

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

| **INS Office Address:** | **INS Customer Service Number:** |
|---|---|
| US IMMIGRATION AND NATURALIZATION SERVICE<br>2ND FLOOR<br>2675 PROSPERITY AVENUE<br>FAIRFAX VA 22031- | (800) 375-5283<br><br>REPRESENTATIVE COPY |



Form I-797C (Rev. 01/31/05) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: _____

On _____ , you were interviewed by USCIS officer _____

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ **A decision cannot yet be made about your application.**

**It is very important that you:**

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.