UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYED NAWAZ HAIDER RIZVI, ) | |
| ) | No. 1:07cv00641(HHK) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| EMILIO T. GONZALEZ, Director, United States ) | |
| Citizenship & Immigration Service, et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, Plaintiff Syed Nawaz Haider Rizvi and Defendants Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, et al., through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice. The parties further agree that Plaintiff shall be scheduled to take an oath of citizenship July 10, 2007. Each side shall bear its own costs and fees.

_____
THOMAS A. ELLIOT, Bar No. 259713
ELLIOT & MAYOCK
1629 K Street NW, Suite 1250
Washington, DC 20006
Phone: (202) 429-1725
Fax: (202) 452-0151
tom@elliotlaw.com

Counsel for Petitioner

Dated: June 12, 2007

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER
D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

Counsel for Defendants