UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYED NAWAZ HAIDER RIZVI,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**EMILIO T. GONZALEZ,** *et al.,*<br><br>　　　　　　**Respondents.** | Civil Action 07-00641 (HHK) |

ORDER OF DISMISSAL

The parties have filed a stipulation [#2] that the above-captioned action be dismissed without prejudice. Accordingly, it is this 13th day of June, 2007, hereby

**ORDERED** that this action is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge